Civil Action No. 2:23-CV-02314-JDP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    BRUCE RANDY AVRIT, JR.

was received by me on *(date)*    10/16/2023    .    Solutions

☑ I personally served the summons on the individual at *(place)*    1608 BLANCHARD DRIVE, ROSEVILLE, CA

on *(date)*    10/18/2023    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date:    10/25/2023

*Server's signature*

MICHAEL THOMPSON
*Printed name and title*

ASSOCIATED LEGAL SERVICES OF CALIFORNIA
PO BOX 418393
SACRAMENTO, CA 95841
*Server's address*

Additional information regarding attempted service, etc:

Additional Documents Served: CIVIL CASE COVER SHEET, COMPLAINT, ADR INFORMATION PACKET, PLAINTIFF'S SIGNED CONSENT FORM, ORDER RE CONSENT AND SERVICE OF PROCESS, BLANK CONSENT FORM